NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES RAY STANLEY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5054

---

Appeal from the United States Court of Federal Claims in No. 12-CV-0167, Judge Edward J. Damich.

---

**ON MOTION**

---

**O R D E R**

James Ray Stanley moves "for cancellation of appeal", which the court treats as a motion to dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

JAMES STANLEY  V. US                                                      2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate: March 11, 2013